JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREEN LEAF RENT A CAR & LEASING, INC., a California corporation; LOIS JEAN MARTYNS, an individual; WILLIAM D. ROBERTS, JR., an individual; IRENE ROBERTS, an individual,<br><br>　　　　Defendants. | Case No.  8:23-cv-00719-WLH-ADS<br><br>**JUDGMENT** |

The Court **GRANTS** Ohio Security Insurance Company's ("Plaintiff") unopposed Motion for Judgment on the Pleadings.  (Docket No. 18).  **IT IS THEREFORE ORDERED AND ADJUDGED** that

　　1. No coverage is available to Green Leaf Rent A Car, Leasing Inc. ("Green Leaf") under the insurance policy described in the Complaint (Docket No. 1 ¶ 1) with respect to the lawsuit *William Roberts v. Lois Jean Martyns; Greenleaf Rent a Car & Leasing, Inc.*, Case No. 37-2022-00012563-CU-PA-NC (San Diego Superior Ct.) (the "Roberts Lawsuit").

2. Plaintiff is entitled to withdraw from defense of the Roberts Lawsuit;

3. Plaintiff has no duty to indemnify Green Leaf, Irene Roberts, or William Roberts D. Roberts, Jr., with respect to the Roberts Lawsuit;

4. In accordance with the Notice of Non-Opposition to the Motion for Judgment on the Pleadings, the parties waive attorney's fees and costs against each other. (Not. of Non-Opp'n, Docket No. 23 ¶ 7).

5. Also in accordance with the Notice of Non-Opposition to the Motion for Judgment on the Pleadings, upon entry of this Judgment, Ohio Security "agrees to waive any right of recoupment of attorneys' fees and costs against Green Leaf as prayed for in the Complaint" with regard to the Roberts Lawsuit. (Not. of Non-Opp'n, Docket No. 23 ¶ 8).

**IT IS SO ORDERED.**

Dated: September 8, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE